IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | | |
|---|---|---|
| JOEL JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 14 C 1108 |
| | ) | |
| RICHARD BIRKEY, et al., | ) | |
| | ) | |
| Defendants. | ) | Judge Michael M. Mihm |

**AGREED MOTION FOR AN EXTENSION OF TIME
TO COMPLETE FACT DISCOVERY**

Plaintiff, Joel Jackson, by and through his attorneys, Loevy & Loevy, and Defendants Richard Birkey, Tim Gleason, Rich Mautino, John Dudek, Curtis Wilkey, Jody Reed, Eric Simmons, and John Weaver, by and through their attorney, the Office of the Illinois Attorney General, respectfully request an extension until June 15, 2016 to complete non-expert fact discovery. In support, the Parties state as follows:

1.  Non-expert fact discovery is currently set to close in this case on April 15, 2016 (Text Order entered December 17, 2015).

2.  Since the transfer of this case to the Central District of Illinois the Parties have worked together to timely complete fact discovery.

3.  To date the Parties have exchanged multiple sets of responses to discovery requests, thousands of pages of documents, as well as multiple 37.1 letters. Further, the Plaintiff in this matter, as well as a number of Defendants, have sat for their respective depositions.

4. Unfortunately, however, due to a serious illness on the part of Counsel for Plaintiff, as well as a heavy trial schedule for counsel for Defendants (who has three motions for summary judgement and two trials this month alone), there remain a number of Defendants to be deposed. Further, based on documents recently produced by Defendants, Plaintiff has also identified two inmate witnesses who will also need to be deposed.

5. Counsel understand that this is their third request for an extension and that this Court noted in December that no further extensions to non-expert fact discovery would be granted. Counsel do not take this order lightly. However, Counsel have worked diligently and in good faith to complete fact discovery by the current deadline. Indeed, despite multiple discovery-related disagreements between the Parties, counsel have managed to work together to solve all of these contentious issues without involving the Court. And as indicated above, circumstances beyond the control of Counsel have prevented completing non-expert fact discovery by April 15th despite Counsel's best efforts to the contrary.

6. As such, Counsel respectfully request a final extension until June 15, 2016 to complete all non-expert fact discovery in this case. Counsel respectfully ask for a 60 rather than a 30-day extension to make absolutely certain that all remaining non-expert fact discovery will be completed by this deadline.

7. This motion is brought in good faith and no party will be prejudiced by the requested extension.

WHEREFORE, Plaintiff, Joel Jackson, by and through his attorneys, Loevy & Loevy,  and Defendants Richard Birkey, Tim Gleason, Rich Mautino, John Dudek, Curtis Wilkey, Jody Reed, Eric Simmons, and John Weaver, by and through their attorney, the Office of the Illinois Attorney General, respectfully request a final extension until June 15, 2016 to complete non-expert fact discovery.

Respectfully submitted,

/s/ Vince Field
Attorney for Plaintiff


/s/ Melissa A. Jennings
Assistant Attorney General
Attorney for Defendants

## CERTIFICATE OF SERVICE

      I, Vince Field, an attorney, certify that on April 1, 2016, I caused the foregoing Agreed Motion to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

                                        /s/ Vince Field
                                        Attorney for Plaintiff