THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JOEL JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) 1:14-cv-01108-MMM |
| | ) |
| S.A. GODINEZ, et al., | ) |
| | ) |
| Defendants. | ) |

**<u>DEFENDANTS' MOTION TO RESET THE TRIAL DATE</u>**

Defendants, by their attorney, Lisa Madigan, Illinois Attorney General, move to reset the trial date, and state the following:

1. This case is set for a jury trial on August 6, 2018. (TEXT ONLY ORDER, Jan. 2, 2018.) Newly assigned counsel of record for both the Defendants and Plaintiff agreed to proceed with the August 6 trial date. (ECF 107 at 2.) However, after discussions with Defendant Gleason, and the inability to communicate with Defendant Wilkey, Defense counsel seeks to reset the trial date.

2. Mr. Gleason has a conflict on August 9 and 10 because he scheduled to visit his son who is returning from military service. With the trial scheduled to start on August 6, Mr. Gleason will not appear on what is expected to be the last day or two of trial, resulting in undue prejudice.

3. Additionally, Mr. Wilkey has not responded to Defense counsel's attempts to contact him, and thus, it is unknown whether Mr. Wilkey is available to participate in the August 6 trial. Both Defense counsel and the Illinois Department

of Corrections have taken steps to contact Mr. Wilkey, and will continue to do so.

4. In light of Mr. Gleason's conflict on August 9 and 10, and inability to confirm Mr. Wilkey's availability, Defendants move to reset the trial. This will allow for Mr. Gleason to appear on each day of the jury trial, and avoid undue prejudice, and allow Defense counsel to establish a line of communication with Mr. Wilkey and confirm his availability to appear for the jury trial.

5. WHEREFORE, Defendants move to reset the August 6, 2018, jury trial date, and for any other relief this Court deems just and proper.

Respectfully submitted,

LISA MADIGAN
Attorney General for Illinois

*/s/ Michael C. Stephenson*
Michael C. Stephenson
Jessica R. Durkin
Assistant Attorney General
Office of the Illinois Attorney General
100 W. Randolph St., 13th Floor
Chicago, Illinois 60601-3397
(312) 814-4752
(312) 814-4425
MStephenson@atg.state.il.us
JDurkin@atg.state.il.us

**CERTIFICATE OF SERVICE**

The undersigned certifies that on July 3, 2018, he electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Central District of Illinois using the CM/ECF system.

*/s/ Michael C. Stephenson*